**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND**

|  |  |
|---|---|
| CRISTIN ROXANA AMAYA CORNEJO, <br><br> Petitioner, <br><br> v. <br><br> KRISTI NOEM, *et al.*, <br><br> Respondents. | ) <br> ) <br> ) Civil Action No. 8:25-cv-03670-LKG <br> ) <br> ) Dated: November 20, 2025 <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## <u>ORDER</u>

On November 7, 2025, the Petitioner, Cristin Roxana Amaya Cornejo, filed a petition for a writ of habeas corpus in the above-captioned civil matter. ECF No. 1. On November 7, 2025, the Petitioner filed a motion for a temporary restraining order and a memorandum in support thereof. ECF No. 3. On November 13, 2025, the Government filed a response in opposition to the Petitioner's motion for a temporary restraining order. ECF No. 10. On November 17, 2025, the Petitioner filed a reply brief. ECF No. 11. On November 19, 2025, the Government filed a motion to dismiss the habeas petition and a sur-reply in opposition to the motion for a temporary restraining order. ECF No. 16.

On November 20, 2025, the Court held a hearing on the parties' motions. ECF No. 17. In light of the foregoing, and for the reasons stated during the November 20, 2025, hearing, the Court:

(1) **GRANTS** the Government's motion to dismiss (ECF No. 16);

(2) **DENIES** the Petitioner's motion for a temporary restraining order (ECF No. 3); and

(3) **DISMISSES** the Petitioner's habeas petition (ECF No. 1).

**IT IS SO ORDERED.**

s/ Lydia Kay Griggsby<br>
LYDIA KAY GRIGGSBY<br>
United States District Judge
